Kim D. Stephens, P.S., Oregon Bar 030635
kstephens@tousley.com
Rebecca L. Solomon (pro hac vice forthcoming)
rsolomon@tousley.com
Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ASIF HASNAT CHOWDHURY, FARZANA FERDOUS, HASIB ISLAM BHUIYAN, JAHIRUL ISLAM, MAHMUDUR RAHMAN, MD HAFIZUR RAHMAN, MILIA YASMIN, MD LIAKAT ALI, MOHAMMAD IMRAN HOSSAIN, MOHAMMAD NOOR E ELAHI, MOHAMMAD SOLAIMAN BAHAR, SHAHNAZ AFROZ, SHAKEELA SHAKOOR, SABIHA SHARMIN ASHA and SYED SALAMAT ULLAH,

Plaintiffs,

v.

MASUDUR RAHMAN KHAN and TASLEMA SULTANA,

Defendants.

Case No. 3:25-cv-00443-JR

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST MASUDUR KHAN PURSUANT TO FRCP 41(a)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Asif Hasnat Chowdhury, Farzana Ferdous, Hasib Islam Bhuiyan, Jahirul Islam, Mahmudur Rashman, Md Hafizur Rahman, Milia Yasmin, Md Liakat Ali, Mohammad Imran Hossain, Mohammad Noor E Elahi, Mohammad Solaiman Bahar, Shahnaz Afroz, Shakeela Shakoor, Sabiha Sharmin Asha, and Syed Salamat Ullah hereby request that the Court dismiss all claims against Defendant Masudur Khan in their entirety without prejudice.

Defendant Khan is proceeding pro se. He filed a document styled as his Response/Answer to Plaintiffs' complaint on May 19, 2025. Dkt. 11. He filed an Amended Response on May 27, 2025 (Dkt. 12) and another "Updated Response" filed as "Exhibits" on September 25, 2025 (Dkt. 26). Mr. Khan has not asserted any discernible counterclaims against Plaintiffs in any of his filings, so Plaintiffs' claims may be dismissed without any remaining issues to be resolved between the parties in this matter.

The Court should grant the motion and dismiss Plaintiffs' claim against Defendant Khan without prejudice. "When ruling on a motion to dismiss without prejudice, the district court must determine whether the defendant will suffer some plain legal prejudice as a result of the dismissal." *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996). In the absence of any prejudice to the defendant, the dismissal without prejudice should be granted. *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1280 (9th Cir. 2023). "'Legal prejudice' is a term of art: 'it means prejudice to some legal interest, some legal claim, some legal argument.' But '[u]ncertainty because a dispute remains unresolved is not legal prejudice,' and 'the threat of future litigation which causes uncertainty is insufficient to establish plain legal prejudice . . ." *Id.* at 1280 (quoting *Westlands*, 100 F.3d at 96-97). Here, Defendant Khan will suffer no legal prejudice as a result of dismissal without prejudice. He has filed no motions or sought any relief

from the Court that would not be available to him in a subsequent proceeding. Defendant Khan has proceeded pro se and therefore has not incurred any legal expenses defending this action.

Dated: October 13, 2025

By: s/ *Rebecca L. Solomon*
Kim D. Stephens, P.S., Oregon Bar No. 030635
Rebecca L. Solomon *(Pro Hac Vice)*
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 682-5600
kstephens@tousley.com
rsolomon@tousley.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served the foregoing Motion for Voluntary Dismissal Without Prejudice of Claims Against Masudur Khan Pursuant to FRCP 41(a)(2) on the following named persons in the manner and on the date indicated below:

| | | |
|---|---|---|
| Keith Ketterling<br>Lydia Anderson-Dana<br>Elizabeth B. Kinsman<br>Erin Roycroft<br>Stoll Stoll Berne Lokting & Schlachter P.C.<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>503-227-1600<br>Email: kketterling@stollberne.com<br>landersondana@stollberne.com<br>ekinsman@stollberne.com<br>eroycroft@stollberne.com<br><br>Attorneys for Defendant Sultana | ☒<br><br>☐<br>☐<br>☐ | by Electronic service using the court's CM/ECF electronic filing system<br>by e-mail<br>by hand delivery<br>by U.S. Mail contained in a sealed envelope, with postage prepaid, addressed to said person(s) at the last known address and deposited in the United States Post Office on said day at Seattle, Washington. |
| Masudur Rahman Khan<br>3285 NW Susbauer Rd<br>Cornelius, OR 97113<br>248-910-8170<br><br>Defendant | ☐<br><br>☐<br>☐<br>☒ | by Electronic service using the court's CM/ECF electronic filing system<br>by e-mail<br>by hand delivery<br>by U.S. Mail contained in a sealed envelope, with postage prepaid, addressed to said person(s) at the last known address and deposited in the United States Post Office on said day at Seattle, Washington. |

DATED: October 13, 2025

By: *s/Rebecca L. Solomon*__
Rebecca L. Solomon