IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASIF HASNAT CHOWDHURY, et al.,

        Plaintiff(s),

v.

MASUDUR RAHMAN KHAN, et al.,

        Defendant(s).

Civil No. 3:25-cv-00443-JR

**ORDER OF DISMISSAL AS TO DEFENDANT MASUDUR RAHMAN KHAN**

IT IS ORDERED that Plaintiffs' unopposed Motion for Voluntary Dismissal [28] as to Defendant Masudur Rahman Khan is GRANTED and this action as to remaining Defendant Masudur Rahman Khan is DISMISSED without prejudice, and this case is closed. Pending motions, if any, are DENIED AS MOOT.

Dated this 28th day of October, 2025.

        by   /s/ Jolie A. Russo
           Jolie A. Russo
           United States Magistrate Judge